United States District Court
Southern District of Texas
**ENTERED**
March 20, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KARAMELION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALULA, LLC,<br><br>    Defendant. | CASE NO. 4:20-CV-341<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE**<br><br>**UNOPPOSED MOTION** |

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE,
OR OTHERWISE PLEAD TO PLAINTIFF'S ORIGINAL COMPLAINT**

The Court, having considered Defendant's Unopposed Motion to Extend Time to Answer, Move, or Otherwise Plead to Plaintiff's Original Complaint, and for good cause shown;

Accordingly, IT IS HEREBY ORDERED that Defendant's time to respond to Plaintiff's Original Complaint is extended to April 24, 2020, and the Initial Conference is continued to   April 30, 2020 at 2:30 p.m.  , the parties having requested May 11, 2020.

_____
District Court Judge Keith P. Ellison

1