IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KARAMELION LLC,**<br><br>      Plaintiff,<br>v.<br><br>**ALULA, LLC,**<br><br>      Defendant. | CASE NO. 4:20-CV-341<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION**

  Plaintiff Karamelion LLC ("Karamelion") and Defendant Alula, LLC (collectively "Alula") file this Joint Motion to Stay All Deadlines and Notice of Resolution and respectfully move this Court to stay all unreached deadlines for 30 days, including vacating the Initial Conference date.

  All matters in controversy between Karamelion and Alula have been resolved, in principle, and the parties respectfully request that the Court stay all unreached for 30 days, including vacating the Initial Conference date, so that appropriate dismissal papers may be submitted.

  Plaintiff Karamelion LLC and Defendant Alula, LLC agree to this joint motion.

Dated:  April 17, 2020             Respectfully submitted,

*/s/ Phillip W. Goter*              *s/Jay Johnson*
Phillip W. Goter (*Admitted pro hac vice*)     JAY JOHNSON
(attorney-in-charge)             State Bar No. 24067322
MN #0392209               D. BRADLEY KIZZIA
FISH & RICHARDSON P.C.         State Bar No. 11547550
3200 RBC Plaza              KIZZIA JOHNSON, PLLC
60 South 6th Street             1910 Pacific Ave., Suite 13000
Minneapolis, MN 55402           Dallas, Texas 75201
Telephone: (612) 335-5070         (214) 451-0164
Facsimile: (612) 288-9696          Fax: (214) 451-0165
goter@fr.com               jay@kpllc.com

| | |
|---|---|
| Jackob Ben-Ezra<br>Texas Bar No. 24073907<br>SDTX Bar No. 1241756<br>FISH & RICHARDSON P.C.<br>1221 McKinney, Suite 2800<br>Houston, Texas 77010<br>Telephone: (713) 654-5300<br>Facsimile: (713) 652-0109<br>ben-ezra@fr.com<br><br>**ATTORNEYS FOR DEFENDANT ALULA, INC.** | bkizzia@kpllc.com<br><br>OF COUNSEL:<br><br>David R. Bennett<br>(Admitted *pro hac vice*)<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com<br><br>**ATTORNEY FOR PLAINTIFF KARAMELION LLC** |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 17, 2020.

/s/ *Jay Johnson*
Jay Johnson

2